UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA ROBINSON,<br><br>                Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Defendant.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Counterclaimant,<br><br>   v.<br><br>DANIELA ROBINSON,<br><br>                Counterdefendant. | CASE NO. 12-cv-01373 JAM (CKD)<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED RESPONSE TO PLAINTIFF'S COMPLAINT AND AMENDED COUNTERCLAIM** |

The Court, having considered the parties' stipulation for leave for MetLife to file Amended Response to Plaintiff's Complaint and Amended Counterclaim, and good cause appearing,

IT IS HEREBY ORDERED that plaintiff MetLife may file its Amended Response to Plaintiff's Complaint and Amended Counterclaim, as stipulated by the parties.

DATED: May 27, 2014        /s/ JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE