Daniel S. Glass (SBN 140819)
Attorney at Law
641 Fulton Ave., Suite 200
Sacramento, CA  95825

Attorneys for plaintiff
Daniela Robinson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DANIELA ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01373 JAM AC<br><br>**ORDER COMPELLING COMPLETION OF SETTLEMENT AND COMPLIANC E WITH LOCAL RULE 160(B).** |

Pursuant to plaintiff's ExParte Application to Compel Completion of Settlement and Compliance with Local Rule 160(b),  IT IS HEREBY ORDERED AS FOLLOWS:

1)   MetLife shall deliver to plaintiff's counsel, no later than the close of business on October 8, 2015, a fully completed draft of a settlement proposal such that, if plaintiff executed the document as is, this case would be resolved;

2)    From October 12 - October 16, counsel for MetLife, and MetLife's representative with full authority to resolve all issues in this matter, shall be readily

1

available to discuss and resolve any issues, changes and/or revisions to the settlement documents should plaintiff be unwilling to execute the document prepared by MetLife in its "as is" condition;

3)   The parties shall finalize the settlement documents by the close of business on October 16, 2015;

4)   Thereafter, any steps necessary to fully comply with the terms of settlement, shall be completed by October 23, 2015.  If any party is required to perform any act or pay any funds, this shall be concluded by the close of business on October 23, 2015;

5)   Contemporaneously with the completion of all acts, the parties shall file a Stipulation of Dismissal with the court.

6) Failure to comply with this Order will result in monetary sanctions being imposed on the responsible party.

DATED:  October 5, 2015

By: /s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRCIT JUDGE