Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
Michael A.S. Newman (SBN 205299)
mnewman@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

Daniel S. Glass (SBN 140819)
Attorney at Law
641 Fulton Ave., Suite 200
Sacramento, CA 95825

Attorneys for Plaintiff
Daniela Robinson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA ROBINSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:12-cv-01373 JAM AC<br><br>**ORDER RE JOINT REQUEST BY THE PARTIES FOR A FIVE-DAY EXTENSION OF DEADLINE TO COMPLETE SETTLEMENT AND COMPLY WITH LOCAL RULE 160(B)** |

# **ORDER**

Pursuant to the above request the Court grants the five-day extension of time to complete settlement and comply with Local Rule 160(B), from October 30, 2015 to November 4, 2015, as requested.

IT IS SO ORDERED.


DATED: 10/30/2015        /s/ John A. Mendez
                         The Honorable John A. Mendez
                         UNITED STATES DISTRICT COURT JUDGE