Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
Michael A.S. Newman (SBN 205299)
mnewman@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

Daniel S. Glass (SBN 140819)
Attorney at Law
641 Fulton Ave., Suite 200
Sacramento, CA  95825

Attorneys for Plaintiff
Daniela Robinson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA ROBINSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 2:12-cv-01373 JAM AC<br><br>**ORDER RE JOINT REQUEST BY THE PARTIES FOR A ONE-WEEK EXTENSION OF DEADLINE TO COMPLETE SETTLEMENT AND COMPLY WITH LOCAL RULE 160(B)** |

# **PROPOSED ORDER**

Pursuant to the above request the Court grants the extension of time to complete settlement and comply with Local Rule 160(B), from November 4, 2015 to November 12, 2015, as requested.

IT IS SO ORDERED.

DATED:   11/4/2015

/s/ John A. Mendez
The Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE