Royal F. Oakes (SBN 080480)
roakes@mail.hinshawlaw.com
Michael A.S. Newman (SBN 205299)
mnewman@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:  213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

Daniel S. Glass (SBN 140819)
Attorney at Law
641 Fulton Ave., Suite 200
Sacramento, CA  95825

Attorneys for Plaintiff
Daniela Robinson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANIELA ROBINSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:12-cv-01373 JAM AC<br><br>**STIPULATION OF DISMISAL AND REQUEST FOR ORDER DISMISSING ACTION** |
| AND RELATED COUNTERCLAIM | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Local Rule 160 and the Court's Order of November 16, 2015,  the parties hereby stipulate that this action, including the Counterclaim,  shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

DATED: November 20, 2015       HINSHAW & CULBERTSON LLP

By: */s/ Royal F. Oakes*
Royal F. Oakes
Michael A.S. Newman
Attorneys for Defendant
Metropolitan Life Insurance Company

DATED: November 20, 2015       DANIEL GLASS

By: */s/ Daniel Glass*
Daniel Glass
Attorneys for Plaintiff
Daniela Robinson

IT IS SO ORDERED:

DATED: November 20, 2015

/s/ JOHN A. MENDEZ

John A. Mendez
United States District Court Judge.